UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:16-CR-185-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| DARIUS JEROME BRADLEY, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of Defendant, it is hereby ORDERED that Docket Entry Number 34 be sealed until such time as the Court determines that the afore-mentioned filing should be unsealed.

This, the __9__ day of __March__, 2017.

_____
JAMES C. DEVER
U.S. Chief District Judge